FILED by **KA** D.C.

May 26, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**22-60116-CR-SINGHAL/SNOW**

CASE NO. _____

18 U.S.C. § 1029(a)(2)
18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 1029(a)(3)
18 U.S.C. § 982(a)(2)(B)
18 U.S.C. § 1029(c)(1)(C)

UNITED STATES OF AMERICA

v.

**LARRY SCROGGINS, JR.,**

    **Defendant.**

_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Use of Unauthorized Access Devices
### (18 U.S.C. § 1029(a)(2))

From in or around June 2019, through in or around December 2019, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**LARRY SCROGGINS, JR.,**

did knowingly, and with the intent to defraud, use one or more unauthorized access devices, that is, social security numbers assigned to other persons, during any one-year period, and by such conduct did obtain anything of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce, in violation of 18, United States Code, Sections 1029(a)(2) and 2.

## COUNT 2-3
## Aggravated Identity Theft
## (18 U.S.C. § 1028A(a)(1))

On or about December 12, 2019, in Broward County, in the Southern District of Florida and elsewhere, the defendant,

**LARRY SCROGGINS, JR.,**

during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(2), that is, knowingly, and with intent to defraud, use one or more unauthorized access devices, that is, social security numbers assigned to other persons, during any one-year period, and by such conduct did obtain anything of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce, as charged in Count 1, did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person, as set forth in each count below:

| COUNT | MEANS OF IDENTIFICATION |
|---|---|
| 2 | Social security number ending in 7299, belonging to "D.H." |
| 3 | Social security number ending in 8599, belonging to "M.W." |

In violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## COUNT 4
## Possession of Fifteen or More Unauthorized Access Devices
## (18 U.S.C. § 1029(a)(3))

On or about December 12, 2019, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**LARRY SCROGGINS, JR.,**

did knowingly, and with the intent to defraud, possess fifteen (15) or more unauthorized access

2

devices, that is, credit and debit card numbers and social security numbers issued to other persons, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(3) and 2.

## COUNT 5-9
### Aggravated Identity Theft
### (18 U.S.C. § 1028A(a)(1))

On or about December 12, 2019, in Broward County, in the Southern District of Florida and elsewhere, the defendant,

**LARRY SCROGGINS, JR.,**

during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(3), that is, knowingly, and with intent to defraud, possessing fifteen (15) or more unauthorized access devices, that is, credit and debit card numbers and social security numbers issued to other persons, said conduct affecting interstate and foreign commerce, as charged in Count 4, did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person, as set forth in each count below:

| COUNT | MEANS OF IDENTIFICATION |
|---|---|
| 5 | Social security number ending in 2618, belonging to "B.B." |
| 6 | Social security number ending in 5751, belonging to "J.P." |
| 7 | Social security number ending in 2046, belonging to "A.B." |
| 8 | Social security number ending in 0863, belonging to "S.W." |
| 9 | Social security number ending in 1417, belonging to "R.N." |

In violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

3

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **LARRY SCROGGINS, JR.,** has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1029, as alleged in this Indictment, the defendant shall forfeit to the United States any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation, pursuant to Title 18, United States Code, Sections 982(a)(2)(B), and any personal property used, or intended to be used, to commit such offense, pursuant to Title 18, United States Code, Section 1029(c)(1)(C).

All pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C), and the procedures set forth in Title 21, United States Code, Section 853, as made applicable by Title 18, United States Code, Sections 982(b)(1) and 1029(c)(2).

A TRUE BILL

_____
FOREPERSON

_____
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

_____
MARIA L. CATALA
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
v.

LARRY SCROGGINS, JR.,

           **Defendant.**         /

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division:** (Select One)
☐ Miami    ☐ Key West    ☑ FTL
☐ WPB    ☐ FTP

New defendant(s)    ☐ Yes    ☐ No
Number of new defendants _____
Total number of counts _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect _____

4. This case will take __5__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I    0 to 5 days    ☑
   II    6 to 10 days    ☐
   III    11 to 20 days    ☐
   IV    21 to 60 days    ☐
   V    61 days and over    ☐

   (Check only one)
   Petty    ☐
   Minor    ☐
   Misdemeanor    ☐
   Felony    ☑

6. Has this case previously been filed in this District Court? (Yes or No) No
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) No
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No) No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) No

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? (Yes or No) No

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) No

                                                              MARIA L. CATALA
                                                              Assistant United States Attorney
                                                              FLA Bar No.    1000435

*Penalty Sheet(s) attached                                                                                    REV 3/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** Larry Scroggins, Jr.

**Case No:**

Count #: 1

Unauthorized Use of One or More Unauthorized Access Devices

Title 18, United States Code, Section 1029(a)(2)

**\*Max. Penalty:** 10 years' of imprisonment

Counts #: 2,3 and 5-9

Aggravated Identity theft

Title 18, United States Code, Section 1028A(a)(1)

**\*Max. Penalty:** 2 years' of imprisonment to run consecutive to any other sentence

Count #: 4

Possession of Fifteen or More Unauthorized Access Devices

Title 18, United States Code, Section 1029(a)(3)

**\*Max. Penalty:** 10 years' of imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.